IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.

CASE NO. 3:99CR00344-09 (PG)

WANDA HERNANDEZ-ORTIZ

*******************************

## ORDER

Upon petition of LUZ ENID APONTE-ORTIZ, U.S. PROBATION OFFICER of this Court, alleging that releasee, Wanda Hernandez-Ortiz, has failed to comply with her conditions of supervised release, it is

ORDERED that releasee appear before this Court on _September 7_ 2007 at _10:00 A.m._, for a hearing to show cause, if there be any, why her supervised release on the above-entitled case should not be revoked. Thereupon, the releasee to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against her.
2. To present evidence in her own behalf.
3. To the opportunity to question witnesses against her.
4. To be represented by counsel.

The Clerk shall issue an order to the U.S. Marshal Office so that they may produce the offender before this court. The government, as well as the defense counsel with a copy of this order.

IT IS SO ORDERED,

In San Juan, Puerto Rico, this 6th day of August 2007.

_____
JUAN M. PEREZ-GIMENEZ
SENIOR U.S. DISTRICT JUDGE