AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

JUDICIAL    District of    PUERTO RICO

UNITED STATES OF AMERICA

V.

Wanda HERNANDEZ-ORTIZ

**WARRANT FOR ARREST**

Case    99 CR 00344-09 (PG)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    WANDA HERNANDEZ-ORTIZ
                                                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Violation of conditions of supervised release.

in violation of Title _____ United States Code, Section(s) _____

| JUAN M. PEREZ-GIMENEZ | s/Janet González       /s/ Janet González |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer / By: Janet González, Deputy Clerk |
| UNITED STATES DISTRICT JUDGE | September 11, 2007 at Hato Rey, Puerto Rico |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED Sept-11-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST Sept-11-07 | [signature] USMS | [signature] |