✎AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

JUDICIAL _____    District of _____    PUERTO RICO _____

UNITED STATES OF AMERICA

V.

Wanda HERNANDEZ-ORTIZ

**WARRANT FOR ARREST**

Case    99 CR 00344-09 (PG)

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ WANDA HERNANDEZ-ORTIZ _____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   Order of court   Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Violation of conditions of supervised release.

in violation of Title _____ United States Code, Section(s) _____

JUAN M. PEREZ-GIMENEZ
Name of Issuing Officer

s/Janet González
Signature of Issuing Officer  /By: Janet González, Deputy Clerk

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

September 11, 2007 at Hato Rey, Puerto Rico
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Sept. 11-07 | | |
| DATE OF ARREST Sept. 11-0 | | |