IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WANDA HERNANDEZ-ORTIZ,<br><br>Defendant. | CRIMINAL 99-344 (PG) |

### MOTION REQUESTING AMENDMENT OF JUDGEMENT ON REVOCATION TO INCLUDE RECOMMENDATION TO THE BUREAU OF PRISONS

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
SENIOR UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

**COMES NOW**, defendant, WANDA HERNANDEZ-ORTIZ, represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, and very respectfully states and prays as follows:

1. This Honorable Court revoked Ms. Hernandez-Ortiz' term of supervised release on September 18, 2007 and sentenced her to served an 8-month term of imprisonment with no further supervision. (Docket No. 869.)

2. At the time of the revocation hearing, Ms. Hernandez-Ortiz did not request that a recommendation to BOP regarding designation be included in the judgment. At that time it was understood that the defendant would served the 8-month term of imprisonment at the Metropolitan Detention Center.

3. The defendant has learned that several inmates in her unit have been removed by the BOP to institutions in the United States even when they had as little as two months remaining in their sentences.

4. Ms. Hernandez-Ortiz is worried that she might also be removed, something that she does not want.

5. Accordingly, it is respectfully requested that the judgment in this case be amended to include a recommendation to the Bureau of Prisons that the defendant be allowed to serve her sentence at MDC Guaynabo. Alternatively, if she is to be removed, that she be designated to the Coleman institution in Florida.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the above and that the judgment in this case be amended as requested herein.

**I HEREBY CERTIFY** that on this same date I electronically filed the present motion with the Clerk of Court using the CM/ECF system which will sent electronic notification of said filing to the United States Attorney's Office, District of Puerto Rico and all parties of record.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 6th day of November, 2007.

**JOSEPH C. LAWS, JR.**
**Federal Public Defender**
**District of Puerto Rico**

*S/Hector L. Ramos-Vega*
Hector L. Ramos-Vega
Assistant Federal Public Defender
USDC-PR 222504
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Hector_Ramos@fd.org