IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WANDA HERNANDEZ-ORTIZ,<br><br>Defendant. | CRIMINAL 99-344 (PG) |

### INFORMATIVE MOTION AND MOTION FOR SOME DISPOSITION

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
SENIOR UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

**COMES NOW**, defendant, WANDA HERNANDEZ-ORTIZ, represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, and very respectfully states and prays as follows:

1. This Honorable Court revoked Ms. Hernandez-Ortiz' term of supervised release on September 18, 2007 and sentenced her to serve an 8-month term of imprisonment with no further supervision. (Docket No. 869.)

2. At the time of the revocation hearing, Ms. Hernandez-Ortiz did not request that a recommendation to BOP regarding designation be included in the judgment. At that time it was understood that the defendant would serve the 8-month term of imprisonment at the Metropolitan Detention Center.

3. The defendant learned that several inmates in her unit were removed by the BOP to institutions in the United States even when they had as little as two months remaining in their sentences.

1

4. Ms. Hernandez-Ortiz, worried that she might also be removed, something that she does not want, moved the Court to include a recommendation in the judgment that she be allowed to serve her sentence at MDC Guaynabo. (Docket No. 870.) Said motion has not been ruled upon.

5. At this time, the motion requesting the designation recommendation has been rendered moot. Ms. Hernandez has been informed that she will remain at MDC the remaining three months that she has left to serve. Accordingly, it is requested that the motion requesting a recommendation for designation be disposed of accordingly so that the case can be administratively and statistically closed.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the above and that the present motion be granted.

**I HEREBY CERTIFY** that on this same date I electronically filed the present motion with the Clerk of Court using the CM/ECF system which will sent electronic notification of said filing to the United States Attorney's Office, District of Puerto Rico and all parties of record.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 26th day of February, 2008.

**JOSEPH C. LAWS, JR.**
**Federal Public Defender**
**District of Puerto Rico**

*S/Hector L. Ramos-Vega*
Hector L. Ramos-Vega
Assistant Federal Public Defender
USDC-PR 222504
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Hector_Ramos@fd.org